# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HOWARTH,<br><br>  Plaintiff,<br><br>vs<br><br>MANUEL NUNEZ INDIVIDUALLY AND DBA NUNEZ CONSTRUCTION ENTERPRISES,<br><br>  Defendant. | Case No. 2:20-cv-00686-WBS-AC<br><br>**ORDER CONTINUING CASE** |

The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED** and continues the status conference in this case to October 26, 2020 at 1:30 pm in Courtroom 5 (WBS).  Pursuant to the Notice of Settlement filed July 21, 2020 (Docket No. 6), a notice of dismissal shall be filed no later than August 20, 2020.  If the matter has not been finalized by that date, a joint status report shall be filed no later than October 13, 2020.

Dated: July 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE